```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 24057
    ALODIA L JACKSON HILL
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-5239


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/11/2008 and was not confirmed.

      The case was dismissed without confirmation 01/22/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------

HSBC MORTGAGE CORP         CURRENT MORTG         .00             .00              .00
HSBC MORTGAGE CORP         MORTGAGE ARRE         .00             .00              .00
CITY OF CHICAGO WATER DE   SECURED            530.08             .00           337.56
AMERICASH LOANS LLC        UNSECURED          346.50             .00              .00
AMERICASH LOANS            NOTICE ONLY     NOT FILED             .00              .00
CITY OF CHICAGO WATER DE   UNSECURED        NOT FILED            .00              .00
CITY OF CHICAGO PARKING    UNSECURED         1010.00             .00              .00
LVNV FUNDING               UNSECURED          757.27             .00              .00
FAST & RELIABLE CASH       UNSECURED        NOT FILED            .00              .00
ROUNDUP FUNDING LLC        UNSECURED          315.00             .00              .00
GOTTLIEB MEMORIAL HOSPIT   UNSECURED        NOT FILED            .00              .00
GOTTLIEB MEMORIAL HOSPIT   NOTICE ONLY     NOT FILED             .00              .00
HSBC BANK NEVADA NA        UNSECURED          256.59             .00              .00
LOYOLA UNIVERSITY HEALTH   UNSECURED        NOT FILED            .00              .00
LOYOLA UNIVERSITY FOUNDA   NOTICE ONLY     NOT FILED             .00              .00
MIDTOWN PHYSICIANS         UNSECURED        NOT FILED            .00              .00
MIDTOWN PHYSICIANS         NOTICE ONLY     NOT FILED             .00              .00
NORTHERN IL EMERGENCY      UNSECURED        NOT FILED            .00              .00
NORTHERN ILLINOIS EMERGE   NOTICE ONLY     NOT FILED             .00              .00
NORTHERN IL EMERGENCY      UNSECURED        NOT FILED            .00              .00
NORTHERN ILLINOIS EMERGE   NOTICE ONLY     NOT FILED             .00              .00
PAYDAY LOAN STORE          UNSECURED        NOT FILED            .00              .00
PEOPLES GAS LIGHT & COKE   UNSECURED         1271.41             .00              .00
ROGERS & HOLLAND           UNSECURED        NOT FILED            .00              .00
SALLIE MAE SERVICING COR   UNSECURED         3086.87             .00              .00
SALLIE MAE SERVICING       UNSECURED        NOT FILED            .00              .00
ST ANTHONY EMERGENCY PHY   UNSECURED        NOT FILED            .00              .00
ST ANTHONY EMERGENCY PHY   NOTICE ONLY     NOT FILED             .00              .00
LITTLE LOAN SHOPPE         UNSECURED          360.00             .00              .00
OAK PARK OPEN MRI          UNSECURED        NOT FILED            .00              .00
OAK PARK OPEN MRI          NOTICE ONLY     NOT FILED             .00              .00
HSBC MORTGAGE CORP         MORTGAGE NOTI   NOT FILED             .00              .00
ROGERS & HOLLAND           SECURED NOT I    1257.15              .00              .00
GLEASON & GLEASON LLC      DEBTOR ATTY       775.00                              381.64
TOM VAUGHN                 TRUSTEE                                                55.80

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 24057 ALODIA L JACKSON HILL
```

```
DEBTOR REFUND            REFUND                                          .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     775.00

PRIORITY                                              .00
SECURED                                            337.56
UNSECURED                                             .00
ADMINISTRATIVE                                     381.64
TRUSTEE COMPENSATION                                55.80
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                      775.00                 775.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


   Dated: 03/10/09                  /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                        PAGE   2
         CASE NO. 08 B 24057 ALODIA L JACKSON HILL